```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

UNITED STATES OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA,

                ORDER

  -against-            08-0032 (SHS)

LUCERO LEOBARDO GOMEZ, et. al.
------------------------------------------------------X

  Upon the application of Mitchell Dinnerstein, the attorney for the above named defendant, and assigned to represent this defendant pursuant to the Criminal Justice Act (CJA) and upon all the proceedings herein, it is believed by the defense attorney that the defendant, Juan Claude Naut, is in need of services to determine his intellectual capacity and his ability to remember and recall past events, it is hereby

  ORDERED, that pursuant to 18 U.S.C. 3006(A) that Dr. Lorna Myers, a clinical psychologist and a neuro-psychologist, with offices located at 104 East 40th Street, Suite 607, New York, New York 10016 is to be appointed in the above matter to provide professional services on behalf of defendant Juan Claude Naut. Dr, Myers will be compensated in accordance with the Criminal Justice Act at the rate of $250.00 per hour, not to exceed $5,000.00. If additional hours of services are required, beyond the limits of this Order, the defense will petition the Court in writing. If Dr. Myers is called as a witness at the trial or at a criminal proceeding, her rate of compensation will be ~~at the rate of $3000 per day or $1500 per half day~~ determined at that time.

DATED: New York, New York
    July 9, 2008

                      _____
                      Honorable Judge Sidney Stein
                      United States District Court